Floyd H. Shebley, OSB No.78083
419 Fifth Street
P.O. Box 1717
Oregon City, OR 97045
Tel.: (503) 655-5500
Fax.: (503) 656-8481
shebleylaw@qwest.net
    Attorney for Plaintiff

FILED'05 JUL 15 12:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DENISE A. WEINEL,** | ) |
|     Plaintiff, | ) Civil No. 04-1659-BR |
| v. | ) |
| **JO ANNE B. BARNHART,** | ) ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

Pursuant to 28 U.S.C.A. Section 2412, and based upon the stipulation of the parties hereto, defendant shall pay plaintiff's counsel an attorney fee in the sum of $3,075.00 for the services he performed in this U.S. District Court proceeding.

IT IS SO ORDERED.

Dated: 15 July 2005

                                                                   ANNA J. BROWN, U.S. District Judge